# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

    Petitioner

    v.

DENNIS LYNN FISCHER,

    Respondent

:   No. 232 WAL 2020
:
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.